IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NOS.  4:97cr76-RH
  4:06cv359-RH/WCS

TERRY LEE PRESLEY,

     Defendant.

_____/

**ORDER DENYING §2255 MOTION**

     This motion under 28 U.S.C. §2255 is before the court on the magistrate judge's report and recommendation (document 129), which concludes the motion is untimely. Defendant has filed objections (document 130), but they merely incorporate by reference defendant's positions as set forth in the original motion. Objections of this nature assist the court not at all in reviewing the magistrate judge's conclusions, and such objections are not sufficient to trigger the court's obligation to review objections *de novo*. In any event, it is clear that the §2255 motion is untimely and that defendant has alleged no facts that would support equitable tolling. Accordingly,

     IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "Defendant's motion for relief under 28 U.S.C. §2255 (document 124) is DENIED as untimely." The clerk shall close the file.

SO ORDERED this 6th day of November, 2006.

s/Robert L. Hinkle<br>
Chief United States District Judge